# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

JAMES RUSSELL DRAGO )
_____ )  Case Number: _____
_____ )         (Clerk's Office will provide)
_____ )
   Plaintiff(s)/Petitioner(s)  )
         v.                )  ☐ CIVIL RIGHTS COMPLAINT
CHIME FINANCIAL TECHNOLOGY )    pursuant to 42 U.S.C. §1983 (State Prisoner)
COMPANY                    )  ☐ CIVIL RIGHTS COMPLAINT
_____ )    pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____ )  ☒ CIVIL COMPLAINT
   Defendant(s)/Respondent(s) )  pursuant to the Federal Tort Claims Act, 28 U.S.C.
                           )  §§1346, 2671-2680, or other law

I.  JURISDICTION

    Plaintiff: JAMES Russell DRAGO #M00526 INMATE ILLINOIS DEPT. OF CORRECTIONS

    A.  Plaintiff's mailing address, register number, and present place of
        confinement. WESTERN CORRECTIONAL CENTER
        2500 RT. 99 SOUTH
        MT. STERLING, IL. 62353

    Defendant #1:

    B.  Defendant CHIME TECH. CO. _____ is employed as
                       (a)   (Name of First Defendant)
        DEBIT CARD PROVIDER ONLINE BANKING SERVICE
                       (b)   (Position/Title)
        with CHIME TECHNOLOGICAL FINANCING COMPANY
                       (c)   (Employer's Name and Address)
        P.O. BOX 411 SAN FRANSISCO CALIFORNIA, 94104

        At the time the claim(s) alleged this complaint arose, was Defendant #1
        employed by the state, local, or federal government?  ☐ Yes  ☒ No

        If your answer is YES, briefly explain:

Rev. 10/3/19

## IV.  STATEMENT OF CLAIM

A.  State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

IN 2019 I WAS A CIVILIAN WHO OPENED A BANK ACCOUNT WITH THE DEFENDANT CHIME BANK DEBIT CARD ON THE TELEPHONE. DURING THE TIME OF MY EXPERIENCE WITH THE DEFENDANT'S SERVICE I RECCOMENDED TO SEVERAL FAMILY MEMBERS AND FRIENDS. NOW HOWEVER ITS DIFFERENT. I WAS ARRESTED ON 8-16-2020. MY ACCOUNT SAT IDLE UNTIL THE IRS DEPOSITED $600.00, AND LATER $1400.00. MY BALANCE WAS JUST OVER $2000.00. AT THAT TIME MY ACCOUNT WAS DEFRAUDED BY MY FAMILY MEMBER. THE DEFENDANT WAS WELL AWARE THAT I WAS IN JAIL IN WINNEBAGO COUNTY, ILLINOIS, I HAD HUNDREDS OF DOLLARS IN PHONE CONVERSATIONS WITH THE DEFENDANT AT THAT TIME SEE FRAUD CLAIM #2768276. THAT WAS FILED AFTER THE DEFENDANT SENT A CARD TO MY FAMILY MEMBER WITHOUT MY CONSENT OR KNOWLEDGE. ALL THIS HAS BEEN RECORDED BY THE DEFENDANT. UPON THE RESOLUTION OF MY FRAUD CLAIM THE DEFENDANT HAS REPLACED THE FUNDS INTO THE ACCOUNT, HOWEVER, AT THAT TIME THE DEFENDANT PLACED A "HOLD" ON MY ACCOUNT. I HAVE SPENT THREE YEARS AND LOST FAMILY AND FRIENDS OVER THIS MONEY. COUNTLESS DAYS OF STRESS AND FRUSTRATION OF WHICH A REVIEW OF ALL ATTACHMENTS WILL PROVE. I HAVE SPOKEN TO, BEGGED AND PLEADED WITH THE DEFENDANT TO NO AVAIL. I WILL KEEP THIS SHORT AS ASKED, YET I URGE FAIR REVIEW OF MY CLAIM THAT MY RIGHT TO DUE PROCESS HAS BEEN VIOLATED AS THE DEFENDANT REFUSES TO CLOSE MY ACCOUNT AND SEND MY BALANCE IN FULL. I NOW SEEK REDRESS OF ALL MY LOSSES DUE TO THE DEFENDANT. PERSONAL, PHONE CHARGES IN WINNEBAGO CO., LEGAL COPIES, LEGAL POSTAGE FEES, LOSS OF FAMILY, SLEEP, STRESS, FRIENDS, ALL DUE TO THE CALLOUSNESS SHOWN BY THE DEFENDANT IN THIS MATTER. PLEASE REVIEW THE ATTACHED, AND OVER THE LAST COUPLE OF YEARS I HAVE SENT HUNDREDS OF IDENTIFYING DOCUMENTS TO THE DEFENDANT WHO CLAIM TO REMOVE THE HOLD I MUST PROVE MY IDENTITY. I HAVE DONE SO AND YET THEY REFUSE TO GIVE MY PROPERTY TO ME AND RETAIN IT WITHOUT CAUSE OR DUE PROCESS

Rev. 10/3/19

IV CONT.

Furthermore as a good-faith depositor with Chime Financial Technology Services they were to safeguard my funds from fraud or unauthorized removal, which they did not. The deposits to the debit card were federal funds deposited to my debit card from the Internal Revenue Service. This tortious action should be qualified with merit, and all pertinent information on the account are contained in several of the attached documents, in letters, court filings, etc. This is a fraction of the documentation I have tried unsuccessfully to get the defendant to merely close my account and mail a check with my full balance to my address. I have said this to several representatives of Chime Financial Technology Co., including management, as recently as 2023. All to no avail. The prison counselor got the company on the phone and they set up a link via email and she then sent the defendant a identity bundle bio of myself and Chime then said they would respond within 24 hrs they did not. To date. Then I filed the state action. The defendant has ignored the state pleadings and orders, (see attached). I seek redress through your court out of sheer desperation. Due to the callousness of the defendant the plaintiff has suffered serious loss, family, friends, money, sleep, mental anguish. This is my last resort.

Feb. 23, 2024

Respectfully,

James R. Dujo

V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

TOTAL TORT DAMAGES IN THE AMOUNT OF $7500.00 (SEVENTY FIVE HUNDRED DOLLARS), ACTUAL AND LOSS AND SUFFERING CAUSED BY THE DEFENDANTS INACTION IN THIS MATTER. IMMEDIATE ORDER OF DEFENDANT TO ANSWER THE COMPLAINT AND MAIL A CHECK. PLAINTIFF HAS LOST FAR MORE THAN THE INITIAL ACCOUNT BALANCE. ALL COURT FEES & COSTS ORDERED PAID BY DEFENDANT

VI. JURY DEMAND (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.

DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 2-2024 (date)

WESTERN CORR. CENTER
2500 RT. 2500 SOUTH
MT. STERLING, IL 62353
Street Address

MT. STERLING, IL. 62353
City, State, Zip

Signature of Plaintiff: James R. Drago

Printed Name: JAMES R. DRAGO

Prisoner Register Number: M00526

Signature of Attorney (if any)

Rev. 10/3/19

Defendant #2:

C.  Defendant _____ is employed as

(Name of Second Defendant)

_____
(Position/Title)

with _____
(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☐ Yes   ☒ No

If you answer is YES, briefly explain:

Additional Defendant(s) (if any):

D.  Using the outline set forth above, identify any additional Defendant(s).

ALL SENIOR MANANGEMENT EMPLOYEES, ALL RECORDED PHONE OPERATORS WHO TRANSFERRED ME TO MANAGERS ARE EXEMPT, HOWEVER EVERY SINGLE MANAGER RECORDED I WISH TO BE ADDED AS DEFENDANTS. A REVIEW WILL SUPPLY NAMES OF EMPLOYEES LIABLE.

Rev. 10/3/19

II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability</u>, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:
Plaintiff(s): JAMES RUSSELL DRAGO (SEE ATTACHED)

Defendant(s): CHIME BANK USA AKA CHIME FINANCIAL TECHNOLOGY COMPANY

2. Court (if federal court, name of the district; if state court, name of the county): CIRCUIT COURT OF BROWN COUNTY ILLINOIS 8TH JUDICIAL CIRCUIT

3. Docket number: 23-MR-4

4. Name of Judge to whom case was assigned: HONORABLE JUDGE HOOKER

5. Type of case (for example: Was it a habeas corpus or civil rights action?): REPLEVIN

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

Rev. 10/3/19

7. Approximate date of filing lawsuit: MARCH 2023

8. Approximate date of disposition: EXPECT SOON. MOTION FOR DEFAULT JUDGMENT FILED ON DEFENDANT SEPTEMBER 22, 2023

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" NO

III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☒ No

C. If your answer is YES,
   1. What steps did you take?

   2. What was the result?

D. If your answer is NO, explain why not.
NOT INSTITUTIONAL JURISDICTION OR MATTER.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,
   1. What steps did you take?

Rev. 10/3/19